

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| DEBRA K. GLEASON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:05-CV-553-A |
| | § | |
| JOANNE B. BARNHART, | § | |
| COMMISSIONER OF SOCIAL | § | |
| SECURITY, | § | |
| | § | |
| Defendant. | § | |

<u>ORDER</u>

Came on for consideration the above-captioned action wherein Debra K. Gleason is plaintiff and JoAnne B. Barnhart, Commissioner of Social Security, is defendant.  This is an action for judicial review of a final decision of the Commissioner denying plaintiff's claim for disability insurance benefits under Title II of the Social Security Act and for supplemental security income or SSI benefits under Title XVI of the Social Security Act.  On July 6, 2006, the United States Magistrate Judge issued his proposed findings, conclusions, and recommendation and granted the parties until July 31, 2006, in which to file and serve objections.  Because timely objections have not been filed, the court accepts the proposed findings, conclusions, and recommendation of the United States Magistrate Judge.  Therefore,

The court ORDERS that defendant's decision that plaintiff was not entitled either to disability insurance benefits under

Title II or to SSI benefits under Title XVI be, and is hereby, reversed.

The court further ORDERS that the above-captioned action be, and is hereby, remanded to the Commissioner of Social Security for further proceedings consistent with the findings, conclusions, and recommendation that the court has accepted.

SIGNED August 1, 2006.

_____
JOHN McBRYDE
United States District Judge